**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 08-20598 (ASD)** |
| **MARATHON HEALTHCARE CENTER OF WATERBURY, LLC,** | ) | **Chapter 7** |
| **Debtor,** | ) | |
| **THOMAS C. BOSCARINO, TRUSTEE,** | ) | |
| **Plaintiff,** | ) | **Adv. No. 10-02051** |
| **v.** | ) | |
| **HEALTHCARE SERVICES GROUP, INC.,** | ) | |
| **Defendant.** | ) | |

**WITNESS AND EXHIBIT LIST OF**
**HEALTHCARE SERVICES GROUP, INC.**

**I. WITNESSES:**

In addition to the witnesses identified by Plaintiff, which Healthcare Services Group, Inc. ("HCSG") reserves the right to call as witnesses, HCSG expects to call as witnesses at trial of this matter:

1. Matt O'Hara
2. Timothy McCartney

Both of its witnesses will testify generally about the business relationship between HCSG and Debtor, Marathon Healthcare Center Of Waterbury, LLC ("Debtor"), the contracts and parties' course of conduct in connection with such relationship, and the billing and payment history between HCSG and Debtor. HCSG's witnesses also may testify about the ordinary course of business in Debtor's and HCSG's industry; and in such regard may offer their lay opinions on the ordinary course of business in Debtor's and HCSG's industry.



SL1 1023886v1/000000.00000

## II. EXHIBITS:

In addition to the exhibits identified by Plaintiff, which HCSG reserves the right to seek to introduce into evidence, HCSG may seek to introduce the following exhibits:

| NUMBER | EXHIBIT |
|---|---|
| 1. | Service Agreement dated November 11, 2006 |
| 2. | Billing Change Request (Housekeeping & Laundry) |
| 3. | Summary of Billing/Payment Histories |
| 4. | Miscellaneous Checks |
| 5. | Any and all documents, data or information reasonably necessary to rebut testimony elicited or evidence presented by Plaintiff. |

## III. RESERVATION OF RIGHTS:

HCSG reserves its rights to supplement this list consistent with the pre-trial orders of the Court and applicable law and further reserves its right to seek to introduce and seek admission of exhibits not identified herein for the purpose of impeachment.

Dated: September 20, 2010

STEVENS & LEE, P.C.

/s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Tel: (302) 425-3308
Fax: (610) 371-8515
E-mail: jdd@stevenslee.com

/s/ Thomas J. Sansone
Thomas J. Sansone
Federal Bar # ct00671
Carmody & Torrance, LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax: (203) 784-3199
tsansone@carmodylaw.com

*Attorneys for Healthcare Services Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2010, a true and correct copy of the foregoing was served via email and regular United States mail delivery on:

John H. Grasso, Esquire
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033

/s/ *John D. Demmy*
John D. Demmy