# EXHIBIT 1

**HEALTHCARE SERVICES GROUP, INC.**

# SERVICE AGREEMENT

AGREEMENT, 11 day of November 2006 by and between HEALTHCARE SERVICES GROUP, INC. (hereinafter referred to as "Healthcare"), a Pennsylvania corporation, with offices located at 3220 Tillman Drive, Glenview Corporate Center, Suite 300, Bensalem, PA 19020

and

Marathon Healthcare Center of Waterbury LLC. a health facility located at 171 Whitewood Rd. Waterbury CT 06708 (hereinafter referred to as the "Facility").

The parties hereto, intending to be legally bound, agree as follows:

1. **SCOPE OF WORK:**

Healthcare will provide all necessary management, supervision, labor and materials necessary to perform the housekeeping and laundry services on the premises of the Facility. All existing housekeeping equipment will be absorbed and utilized by Healthcare in performing its duties. Any repair of, replacement of, or addition to, housekeeping equipment will be Healthcare's responsibility. The value and utilization of the existing housekeeping equipment was a consideration in determining the service price. The scope of work described will be in compliance with the specifications and schedules attached hereto as Exhibits I and II to this Service Agreement.

2. **CONTRACT AMOUNT:**

In consideration of Healthcare providing the aforesaid services, the Facility will pay to Healthcare the sum of $151,996.32 per year, said sum to be paid in monthly payments, with payments due in the amount of $12,666.36 on the date the services are rendered through. Sales taxes, if applicable, will be added to the service billing.

Jan 18 07 10:54a kevin mccartneY 4012955117 p.3

11-1-06 KD

3. TERM:

The term of this Service Agreement shall commence on ~~11-1-07~~ and will continue unless canceled in accordance with the provisions contained herein. This Service Agreement can be cancelled by either party one hundred twenty (120) days after the services begin, provided a ninety (90) day written notice has been given.

4. INSURANCE COVERAGE, EMPLOYEE TAXES, RATES AND BENEFITS:
Healthcare will provide and pay Worker's Compensation, Liability, FICA, State and Federal Unemployment for its employees. Should any rate increase occur in any of these categories, the billing will be adjusted to reflect these changes. Healthcare will notify the Facility in writing of the increase and effective dates of these changes.

5. CUSTOMER COOPERATION:

During the term of this Service Agreement, the Facility will provide Healthcare personnel with the necessary utilities, including but not limited to electricity and water, so that its services may be performed by Healthcare.

6. GENERAL PROVISIONS:

6.1 Any notices given either party may be given by mail, registered or certified, postage prepaid, with return receipt requested. Mailed notices shall be deemed communicated five (5) days after mailing and should be addressed to the parties at the addresses in the introductory paragraph of this Service Agreement, but each party may change its address by written notice in accordance with this paragraph.

6.2 This Service Agreement supersedes any and all other agreements, either oral or written, between the parties hereto with respect to the engagement of Healthcare by the Facility and contains all the covenants and agreements between the parties with respect to its subject matter. This Service Agreement shall not affect or modify any other agreements between the parties with respect to the payment of any existing debts or obligations owed by the Facility to Healthcare.

6.3 This Service Agreement shall be governed and construed in accordance with the State/~~Commonwealth of Massachusetts~~. of Connecticut KM / EL

6.4 To the best of Healthcare's ability, the housekeeping and laundry departments will be in complete compliance with all state and federal regulatory agencies.

6.5 Neither party, in the performance of this Service Agreement, shall discriminate against any patient, employee, or other person because of race, color, creed, sex, ancestry, national origin, or handicap. Both parties to this Service Agreement shall comply with the requirements of Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973.

6.6 Healthcare shall, until the expiration of four years after the furnishing of services pursuant to this Service Agreement, upon written request, make available to the Secretary of the Department of Health and Human Services (HHS), or the Secretary's duly authorized representatives, or upon request to the Comptroller General or the Comptroller General's duly authorized representatives, this Service Agreement and such books, documents and records that are necessary to certify the nature and extent of costs under this Service Agreement. This provision shall apply if the amounts paid under the Service Agreement are $10,000 or more over a twelve month period. The availability of Healthcare's books, documents and records shall be subject at all times to such criteria and procedures for seeking or obtaining access as may be promulgated by the Secretary of HHS in regulations and other applicable laws. Healthcare's disclosure under this paragraph shall not be construed as a waiver of any other legal rights to which Healthcare or the Facility may be entitled. Each party will notify the other within 10 days of receipt of a request for access.

If pursuant to this Service Agreement, any of Healthcare's duties and obligations are to be carried out by any individual or entity under a contract with Healthcare with a value of $10,000 or more, over a twelve month period, and that subcontractor is to a significant extent, associated or affiliated with, owns, or is owned by or has control of or is controlled by Healthcare, each such subcontractor shall itself be subject to the access requirements and Healthcare shall require such subcontractor to meet the access requirements.

6.7 This Service Agreement shall be binding upon, and inure to the benefit of, the parties and their respective heirs, successors, ersonal representatives and assigns.

6.8 During the term of this Agreement, and for a period of one year after the termination of this Agreement, neither party shall hire management personnel (i.e., managers or supervisors) (a) still employed by the other; or (b) who had been employed by the other at any time within one year before or after the termination of this Agreement.

IN WITNESS WHEREOF, the parties hereto, or their duly authorized officers or agents, have executed, sealed and delivered this Service Agreement, in duplicate, intending to be legally bound hereby.

HEALTHCARE SERVICES GROUP, INC.

BY: [signature]

Reg VP. KEVIN McCARTNEY
(Print Name)

Date: 11-1-06

Facility:

BY: [signature]

Owner Earle Lerner
(Print Name)

Date: 11-1-06

(Signature Page for Marathon Healthcare Center of Waterbury)

## Marathon Healthcare Center of Waterbury
## Exhibit I

**Housekeeping Laundry Management Services**

**Healthcare Services Group, Inc. will provide the following:**

- Full-time Executive Housekeeper
- Training Manager to assist in staff development
- District Manager to oversee operations
- All housekeeping supplies and equipment listed (see exhibit II)
- All linen required to meet the specified par levels (see HCSG line specification list)
- All laundry chemicals, including:
  - detergent
  - softener
  - bleach
  - sour
- All repairs and preventative maintenance on laundry and housekeeping equipment
- All staffing and payroll responsibilities for management, including:
  - salary
  - taxes/insurance
  - fringe benefits

Jan 18 07 10:55a kevin mccartneY 4012955117 p.8

## Marathon Healthcare Center of Waterbury
### Exhibit II

The following is a list of supplies and chemicals that will be provided by Healthcare Services Group, Inc.:

Quaternary Germicidal Detergent
All Purpose Degreaser
Degreaser / Power Cleaner
Stripper
Floor Finish
Sealer (22% Solid)
Glass Cleaner
Cleanser
Metal Polish
All Supplementary Tools for Light Housekeeping

Dust Mops and Handles
Dust Cloths
Mops and Mop Handles
Buff Pads
Stripping Pads
Carpet Shampoo
Furniture Polish
Bowl Cleaner

---

The client will be responsible for the following supplies:

All Paper Products
All Hand Soap
All Plastic Liners
All disposable gloves

---

Laundry equipment installed and owned by Healthcare Services Group, Inc. will remain the responsibility of Healthcare Services Group, Inc. All other laundry equipment will be the responsibility of the facility.

Received Time Jan. 18. 2007 10:55AM No. 1855

## LINEN SPECIFICATIONS

**Facility:** **Marathon Healthcare Center of Waterbury**
**Bed Census: 140**

**13 lbs per patient per day = 1820 lbs/day**

| | | |
|---|---|---|
| 1. | Flat Sheets | yes |
| 2. | Fitted Sheets | yes |
| 3. | Towels: Bath | yes |
| 5. | Washcloths | yes |
| 6. | Pillow Cases | yes |
| 7. | Patient Gowns | yes |
| 9. | Underpads | yes |

***An allowance for 10% fluctuation in these quantities is hereby agreed upon. If the quantities increase or decrease due to a change in census or change of operation at the Facility,**

**the price will be adjusted to reflect these changes.**

***Please Note:***

**Note: Actual linen quotas will be established after 30 days.**