# EXHIBIT 2

HEALTHCARE SERVICES GROUP, INC.

# BILLING CHANGE REQUEST
## Housekeeping & Laundry

| | |
|---|---|
| CONTROL #: | |
| REG/DIST CODE: | |
| PAYROLL #: | |
| FACILTY CODE: | |

FACILITY NAME: Marathon Healthcare Center at Waterbury

ADDRESS:

**Type**
- ☒ New Account
- ☐ Existing Account
- ☐ Terminated Account
  Last Service Date: __/__/__

**Misc.**
- ☐ Renewal Increase
- ☐ Union Increase  Increase % ____
- ☐ MGMT Co.: ____
  MGMT Code: ____

**Attachments**
- ☐ Client Information Sheet
- ☐ Signed Service Agreement
- ☐ Cost Quote Sheet
- ☐ Sales Tax Exempt Certificate
- ☐ License

**DESCRIPTION OF CHANGE:**

| RATE CHANGES | HOUSEKEEPING | LAUNDRY | LINEN | LABOR | MAINTENANCE |
|---|---|---|---|---|---|
| Date Change Effective | 11/1/06 | 11/1/06 | | | |
| Frequency of Billing | Monthly | Monthly | | | |
| Present Billing Rate | 0 | 0 | | | |
| New Billing Rate | $7599.82 | $5066.54 | | | |
| Increase/Decrease in Rate | $7,599.82 | $5,066.54 | | | |

**ADDITIONAL ONE-TIME BILLING**

| FROM | TO | SERVICES RENDERED | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**APPROVALS**

Healthcare Services Group, Inc.
By: K. McCartney
Title:
Date: 2/1/07

OKW 2/7/07

Facility
By: See Contract
Title:
Date:

SIGNED AUTHORIZATION ATTACHED

**Do NOT write below this line - Thank you.*

**CORPORATE OFFICE ONLY**
Manager Approval: MA 2/7/07
Manager Audit: OK PB
Credit Manager Approval:
Date: 2/1/07

**A/R STAMP**