# EXHIBIT 3

Healthcare Services Group, Inc.

Payment History Report

Facility ID : WBURY01 Facility Name: MARATHON HLTH CTR OF WATERBURY

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| On Account | | | 02/22/2007 | PY | 001026 | 12,666.36 | |
| | | | 02/22/2007 | ADJ | 001026 | (12,666.36) | 0.00 |
| | | | 03/17/2008 | PY | 001787 | 12,666.36 | |
| | | | 04/01/2008 | ADJ | 001787 | (12,666.36) | 0.00 |
| INV0514805 | 11/01/2006 | 13,122.35 | 02/22/2007 | PY | 001026 | 12,666.36 | |
| | | | 04/16/2007 | PY | 001153 | 455.99 | 0.00 |
| INV0514806 | 12/01/2006 | 13,122.35 | 04/16/2007 | PY | 001153 | 12,210.37 | |
| | | | 01/13/2010 | WRT | WRT0000775 | 911.98 | 0.00 |
| INV0514807 | 01/01/2007 | 13,122.35 | 07/20/2007 | PY | 001308 | 12,666.36 | |
| | | | 01/13/2010 | WRT | WRT0000775 | 455.99 | 0.00 |
| INV0514808 | 02/01/2007 | 13,122.35 | 09/06/2007 | PY | 001348 | 13,122.35 | 0.00 |
| INV0516561 | 03/01/2007 | 12,666.36 | 09/06/2007 | PY | 001348 | 7,000.00 | |
| | | | 10/03/2007 | PY | 001400 | 5,666.36 | 0.00 |
| INV0520813 | 04/01/2007 | 12,666.36 | 10/03/2007 | PY | 001400 | 12,666.36 | 0.00 |
| INV0524437 | 05/01/2007 | 12,666.36 | 12/04/2007 | PY | 001559 | 12,666.36 | 0.00 |
| INV0527836 | 06/01/2007 | 12,666.36 | 06/30/2007 | CM | CRM0023903 | 12,666.36 | 0.00 |
| INV0532696 | 06/01/2007 | 12,666.36 | 12/04/2007 | PY | 001559 | 12,666.36 | 0.00 |
| INV0531294 | 07/01/2007 | 12,666.36 | 02/13/2008 | PY | 001683 | 12,666.36 | 0.00 |
| INV0535169 | 08/01/2007 | 12,666.36 | 02/13/2008 | PY | 001683 | 12,666.36 | 0.00 |
| INV0538686 | 09/01/2007 | 12,666.36 | 04/01/2008 | PY | 001787 | 12,666.36 | 0.00 |
| INV0542245 | 10/01/2007 | 12,666.36 | 04/01/2008 | PY | 001826 | 6,333.00 | |
| | | | 01/13/2010 | WRT | WRT0000775 | 6,333.36 | 0.00 |
| INV0545646 | 11/01/2007 | 12,666.36 | 01/13/2010 | WRT | WRT0000775 | 12,666.36 | 0.00 |
| INV0549234 | 12/01/2007 | 12,666.36 | 01/13/2010 | WRT | WRT0000775 | 12,666.36 | 0.00 |
| INV0552660 | 01/01/2008 | 12,666.36 | 01/13/2010 | WRT | WRT0000775 | 12,666.36 | 0.00 |
| INV0556125 | 02/01/2008 | 13,083.02 | 01/13/2010 | WRT | WRT0000775 | 13,083.02 | 0.00 |
| INV0560100 | 03/01/2008 | 12,666.36 | 01/13/2010 | WRT | WRT0000775 | 12,666.36 | 0.00 |
| INV0563931 | 04/01/2008 | 12,666.36 | 04/22/2008 | CM | CRM0025967 | 12,666.36 | 0.00 |
| INV0568018 | 04/01/2008 | 2,505.44 | 04/30/2008 | CM | CRM0026060 | 929.58 | |
| | | | 01/13/2010 | WRT | WRT0000775 | 1,575.86 | 0.00 |
| INV0568019 | 04/07/2008 | 2,923.01 | 04/30/2008 | CM | CRM0026061 | 2,923.01 | 0.00 |
| INV0568020 | 04/14/2008 | 2,923.01 | 04/30/2008 | CM | CRM0026062 | 2,923.01 | 0.00 |
| INV0568021 | 04/21/2008 | 2,923.01 | 04/30/2008 | CM | CRM0026063 | 2,923.01 | 0.00 |
| INV0568022 | 04/28/2008 | 2,923.01 | 04/30/2008 | CM | CRM0026064 | 2,923.01 | 0.00 |
| INV0567547 | 05/01/2008 | 12,666.36 | 05/07/2008 | CM | CRM0026122 | 12,666.36 | 0.00 |

**Amount Totals For Customer WBURY01** Net Due: **0.00**

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WBURY02** | | | **Facility Name: MARATHON HEALTH CTR OF WATERBURY** | | | | |
| On Account | | | 10/26/2009 | PY | 001173 | 5,846.02 | |
| | | | 11/10/2009 | VOID | 001173 | (5,846.02) | 0.00 |
| | | | 11/06/2009 | PY | 001186 | 2,923.01 | |
| | | | 11/10/2009 | VOID | 001186 | (2,923.01) | 0.00 |
| | | | 05/05/2008 | ADJ | 001885 | (12,666.36) | |
| | | | 05/05/2008 | PY | 001885 | 12,666.36 | 0.00 |
| | | | 08/04/2008 | PY | 002153 | 1,948.64 | |
| | | | 03/20/2009 | ADJ | 002153 | (1,948.64) | 0.00 |
| | | | 11/20/2009 | CM | CRM0029707 | 835.14 | |
| | | | 11/20/2009 | CM | CRM0029707 | (835.14) | 0.00 |
| | | | 08/27/2009 | CM | CRM0029708 | 2,923.01 | (2,923.01) |
| | | | 08/27/2009 | CM | CRM0029709 | 2,923.01 | (2,923.01) |
| INV0568644 | 04/04/2008 | 2,923.01 | 05/05/2008 | PY | 001885 | 2,923.01 | 0.00 |
| INV0568645 | 04/11/2008 | 2,923.01 | 05/05/2008 | PY | 001885 | 2,923.01 | 0.00 |
| INV0568646 | 04/18/2008 | 2,923.01 | 05/05/2008 | PY | 001885 | 2,923.01 | 0.00 |
| INV0568647 | 04/25/2008 | 2,923.01 | 05/05/2008 | PY | 001885 | 2,923.01 | 0.00 |
| INV0569173 | 05/02/2008 | 2,923.01 | 05/05/2008 | PY | 001885 | 974.32 | |
| | | | 05/30/2008 | PY | 001963 | 1,948.69 | 0.00 |
| INV0569174 | 05/09/2008 | 2,923.01 | 05/30/2008 | PY | 001963 | 2,923.01 | 0.00 |
| INV0569175 | 05/16/2008 | 2,923.01 | 05/30/2008 | PY | 001963 | 2,923.01 | 0.00 |
| INV0569176 | 05/23/2008 | 2,923.01 | 05/30/2008 | PY | 001963 | 2,923.01 | 0.00 |
| INV0569177 | 05/30/2008 | 2,923.01 | 05/30/2008 | PY | 001963 | 1,948.64 | |
| | | | 06/09/2008 | PY | 001976 | 974.37 | 0.00 |
| INV0571630 | 06/06/2008 | 2,923.01 | 06/09/2008 | PY | 001976 | 1,948.64 | |
| | | | 06/16/2008 | PY | 001987 | 974.37 | 0.00 |
| INV0571631 | 06/13/2008 | 2,923.01 | 06/16/2008 | PY | 001987 | 1,948.64 | |
| | | | 06/23/2008 | PY | 002011 | 974.37 | 0.00 |
| INV0571632 | 06/20/2008 | 2,923.01 | 06/23/2008 | PY | 002011 | 1,948.64 | |
| | | | 06/30/2008 | PY | 002034 | 974.37 | 0.00 |
| INV0571633 | 06/27/2008 | 2,923.01 | 06/30/2008 | PY | 002034 | 1,948.64 | |
| | | | 07/07/2008 | PY | 002059 | 974.37 | 0.00 |
| INV0575311 | 07/04/2008 | 2,923.01 | 07/07/2008 | PY | 002059 | 1,948.64 | |
| | | | 07/14/2008 | PY | 002074 | 974.37 | 0.00 |
| INV0575312 | 07/11/2008 | 2,923.01 | 07/14/2008 | PY | 002074 | 1,948.64 | |
| | | | 07/21/2008 | PY | 002101 | 974.37 | 0.00 |
| INV0575313 | 07/18/2008 | 2,923.01 | 07/21/2008 | PY | 002101 | 1,948.64 | |
| | | | 07/28/2008 | PY | 002129 | 974.37 | 0.00 |
| INV0575314 | 07/25/2008 | 2,923.01 | 07/28/2008 | PY | 002129 | 1,948.64 | |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WBURY02** | | | **Facility Name: MARATHON HEALTH CTR OF WATERBURY** | | | | |
| | | | 08/04/2008 | PY | 002153 | 974.37 | 0.00 |
| INV0578786 | 08/01/2008 | 2,923.01 | 08/11/2008 | PY | 002172 | 2,923.01 | 0.00 |
| INV0578787 | 08/08/2008 | 2,923.01 | 08/18/2008 | PY | 002191 | 2,923.01 | 0.00 |
| INV0578788 | 08/15/2008 | 2,923.01 | 08/25/2008 | PY | 002219 | 2,923.01 | 0.00 |
| INV0578789 | 08/22/2008 | 2,923.01 | 09/02/2008 | PY | 002238 | 2,923.01 | 0.00 |
| INV0578790 | 08/29/2008 | 2,923.01 | 09/11/2008 | PY | 00259 | 2,923.01 | 0.00 |
| INV0582684 | 09/05/2008 | 2,923.01 | 09/15/2008 | PY | 002272 | 2,923.01 | 0.00 |
| INV0582685 | 09/12/2008 | 2,923.01 | 09/22/2008 | PY | 002299 | 2,923.01 | 0.00 |
| INV0582686 | 09/19/2008 | 2,923.01 | 09/29/2008 | PY | 002323 | 2,923.01 | 0.00 |
| INV0582687 | 09/26/2008 | 2,923.01 | 10/09/2008 | PY | 002340 | 2,923.01 | 0.00 |
| INV0586390 | 10/03/2008 | 2,923.01 | 10/15/2008 | PY | 002353 | 2,923.01 | 0.00 |
| INV0586391 | 10/10/2008 | 2,923.01 | 10/20/2008 | PY | 002376 | 2,923.01 | 0.00 |
| INV0586392 | 10/17/2008 | 2,923.01 | 10/27/2008 | PY | 002397 | 2,923.01 | 0.00 |
| INV0586393 | 10/24/2008 | 2,923.01 | 11/07/2008 | PY | 002412 | 2,923.01 | 0.00 |
| INV0586394 | 10/31/2008 | 2,923.01 | 11/14/2008 | PY | 002431 | 2,923.01 | 0.00 |
| INV0590096 | 11/07/2008 | 2,923.01 | 11/17/2008 | PY | 002444 | 2,923.01 | 0.00 |
| INV0590097 | 11/14/2008 | 2,923.01 | 11/24/2008 | PY | 002461 | 2,923.01 | 0.00 |
| INV0590098 | 11/21/2008 | 2,923.01 | 12/01/2008 | PY | 002487 | 2,923.01 | 0.00 |
| INV0590099 | 11/28/2008 | 2,923.01 | 12/15/2008 | PY | 002516 | 2,923.01 | 0.00 |
| INV0593599 | 12/05/2008 | 2,923.01 | 12/15/2008 | PY | 002516 | 2,923.01 | 0.00 |
| INV0593600 | 12/12/2008 | 2,923.01 | 12/22/2008 | PY | 002540 | 2,923.01 | 0.00 |
| INV0593601 | 12/19/2008 | 2,923.01 | 03/20/2009 | PY | 002153 | 1,948.64 | |
| | | | 04/20/2009 | PY | 002960 | 832.85 | |
| | | | 07/21/2009 | WRT | WRT0000739 | 141.52 | 0.00 |
| INV0593602 | 12/26/2008 | 2,923.01 | 02/12/2009 | PY | 001081 | 2,923.01 | 0.00 |
| INV0597151 | 01/02/2009 | 2,923.01 | 02/12/2009 | PY | 001081 | 2,923.01 | 0.00 |
| INV0597152 | 01/09/2009 | 2,923.01 | 02/23/2009 | PY | 001257 | 2,923.01 | 0.00 |
| INV0597153 | 01/16/2009 | 2,923.01 | 02/23/2009 | PY | 001257 | 2,923.01 | 0.00 |
| INV0597154 | 01/23/2009 | 2,923.01 | 02/23/2009 | PY | 001294 | 2,923.01 | 0.00 |
| INV0597155 | 01/30/2009 | 2,923.01 | 03/06/2009 | PY | 001366 | 2,923.01 | 0.00 |
| INV0600755 | 02/06/2009 | 2,923.01 | 03/23/2009 | PY | 001490 | 2,923.01 | 0.00 |
| INV0600756 | 02/13/2009 | 2,923.01 | 03/23/2009 | PY | 001490 | 2,923.01 | 0.00 |
| INV0600757 | 02/20/2009 | 2,923.01 | 04/02/2009 | PY | 002708 | 2,923.01 | 0.00 |
| INV0600758 | 02/27/2009 | 2,923.01 | 04/02/2009 | PY | 002708 | 2,923.01 | 0.00 |
| INV0604618 | 03/06/2009 | 2,923.01 | 04/13/2009 | PY | 002876 | 2,923.01 | 0.00 |
| INV0604619 | 03/13/2009 | 2,923.01 | 04/13/2009 | PY | 002876 | 2,923.01 | 0.00 |
| INV0604620 | 03/20/2009 | 2,923.01 | 04/20/2009 | PY | 002960 | 2,923.01 | 0.00 |
| INV0604621 | 03/27/2009 | 2,923.01 | 04/27/2009 | PY | 003101 | 2,923.01 | 0.00 |
| INV0608360 | 04/03/2009 | 2,923.01 | 05/13/2009 | PY | 003315 | 2,923.01 | 0.00 |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WBURY02** | | | **Facility Name: MARATHON HEALTH CTR OF WATERBURY** | | | | |
| INV0608361 | 04/10/2009 | 2,923.01 | 05/13/2009 | PY | 003315 | 2,923.01 | 0.00 |
| INV0608362 | 04/17/2009 | 2,923.01 | 05/18/2009 | PY | 003442 | 2,923.01 | 0.00 |
| INV0608363 | 04/24/2009 | 2,923.01 | 05/26/2009 | PY | 003529 | 2,923.01 | 0.00 |
| INV0612300 | 05/01/2009 | 2,923.01 | 06/01/2009 | PY | 003709 | 2,923.01 | 0.00 |
| INV0612301 | 05/08/2009 | 2,923.01 | 06/08/2009 | PY | 003768 | 2,923.01 | 0.00 |
| INV0612302 | 05/15/2009 | 2,923.01 | 06/19/2009 | PY | 003916 | 2,923.01 | 0.00 |
| INV0612303 | 05/22/2009 | 2,923.01 | 06/24/2009 | PY | 004018 | 2,923.01 | 0.00 |
| INV0612304 | 05/29/2009 | 2,923.01 | 08/31/2009 | PY | 001084 | 2,923.01 | 0.00 |
| INV0616054 | 06/05/2009 | 2,923.01 | 07/06/2009 | PY | 004286 | 2,923.01 | 0.00 |
| INV0616055 | 06/12/2009 | 2,923.01 | 07/13/2009 | PY | 004379 | 2,923.01 | 0.00 |
| INV0616056 | 06/19/2009 | 2,923.01 | 07/20/2009 | PY | 004480 | 2,923.01 | 0.00 |
| INV0616057 | 06/26/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029707 | 835.14 | |
| | | | 11/20/2009 | ADJ | CRM0029707 | (835.14) | |
| | | | 11/23/2009 | CM | CRM0030233 | 2,923.01 | 0.00 |
| INV0641677 | 06/26/2009 | 2,087.87 | | | | 0.00 | 2,087.87 |
| INV0641676 | 07/01/2009 | 835.14 | 11/20/2009 | CM | CRM0029707 | 835.14 | 0.00 |
| INV0620140 | 07/03/2009 | 2,923.01 | 08/17/2009 | PY | 001060 | 2,923.01 | 0.00 |
| INV0620141 | 07/10/2009 | 2,923.01 | 08/17/2009 | PY | 001060 | 2,923.01 | 0.00 |
| INV0620142 | 07/17/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029671 | 2,923.01 | 0.00 |
| INV0620143 | 07/24/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029672 | 2,923.01 | 0.00 |
| INV0620144 | 07/31/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029673 | 2,923.01 | 0.00 |
| INV0624369 | 08/07/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029674 | 2,923.01 | 0.00 |
| INV0624370 | 08/14/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029675 | 2,923.01 | 0.00 |
| INV0624371 | 08/21/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029676 | 2,923.01 | 0.00 |
| INV0624372 | 08/28/2009 | 2,923.01 | 08/27/2009 | CM | CRM0029677 | 2,923.01 | 0.00 |
| INV0628776 | 09/04/2009 | 2,923.01 | 09/08/2009 | CM | CRM0029775 | 2,923.01 | 0.00 |
| INV0628777 | 09/11/2009 | 2,923.01 | 09/08/2009 | CM | CRM0029776 | 2,923.01 | 0.00 |
| INV0628778 | 09/18/2009 | 2,923.01 | 09/08/2009 | CM | CRM0029777 | 2,923.01 | 0.00 |
| INV0628779 | 09/25/2009 | 2,923.01 | 09/08/2009 | CM | CRM0029778 | 2,923.01 | 0.00 |
| **Amount Totals For Customer WBURY02** | | | | | | Net Due: | **(3,758.15)** |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | Net Due: | (3,758.15) |

6/17/2010
2:32:52PM



Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WATER02** | | | **Facility Name: HLTH CTR OF GREATER WATERBURY** | | | | |
| On Account | | | 11/11/2003 | CM | CRM0013765 | 23,380.62 | |
| | | | 02/05/2004 | CM | CRM0013765 | (12,666.37) | |
| | | | 02/06/2004 | CM | CRM0013765 | (10,714.25) | 0.00 |
| | | | 02/13/2007 | CM | CRM0023094 | 12,666.36 | |
| | | | 02/22/2007 | CM | CRM0023094 | (12,666.36) | 0.00 |
| INVH137297 | 08/31/1995 | 2,526.76 | 09/30/1995 | PY | 008067 | 2,526.76 | 0.00 |
| INVR137298 | 08/31/1995 | 11,662.58 | 09/30/1995 | PY | 008067 | 11,662.58 | 0.00 |
| INVH137346 | 09/30/1995 | 4,045.04 | 10/31/1995 | PY | 008456 | 4,045.04 | 0.00 |
| INVR137347 | 09/30/1995 | 18,670.36 | 10/31/1995 | PY | 008456 | 18,670.36 | 0.00 |
| INV00128875 | 10/31/1995 | 22,715.40 | 10/31/1995 | PY | 008456 | 22,715.40 | 0.00 |
| INV00130264 | 11/30/1995 | 22,715.40 | 12/31/1995 | PY | 009257 | 22,715.40 | 0.00 |
| INV00131751 | 12/31/1995 | 22,715.40 | 01/31/1996 | PY | 009596 | 21,846.39 | |
| | | | 12/31/1995 | CM | CRM0100131751 | 869.01 | 0.00 |
| INV139762 | 01/22/1996 | 495.83 | 07/18/1996 | PY | 013734 | 495.83 | 0.00 |
| INV139769 | 01/22/1996 | 972.00 | 05/06/1996 | PY | 012796 | 972.00 | 0.00 |
| INV00133130 | 01/31/1996 | 22,715.40 | 02/29/1996 | PY | 009953 | 21,846.39 | |
| | | | 01/31/1996 | CM | CRM0100133130 | 869.01 | 0.00 |
| INV139441 | 01/31/1996 | 12,188.26 | 02/29/1996 | PY | 009953 | 12,188.26 | 0.00 |
| PYT00130264 | 01/31/1996 | 485.69 | 11/30/1995 | CM | CRM0100130264 | 485.69 | 0.00 |
| INV00134491 | 02/29/1996 | 21,846.39 | 03/31/1996 | PY | 012369 | 21,846.39 | 0.00 |
| INV139506 | 02/29/1996 | 16,851.18 | 03/31/1996 | PY | 012369 | 16,851.18 | 0.00 |
| INV00135946 | 03/31/1996 | 38,697.58 | 05/06/1996 | PY | 012796 | 38,697.58 | 0.00 |
| INV00137318 | 04/30/1996 | 38,697.58 | 05/31/1996 | PY | 013182 | 38,286.79 | |
| | | | 04/30/1996 | CM | CRM0100137318 | 410.79 | 0.00 |
| INV00138712 | 05/31/1996 | 38,697.58 | 07/05/1996 | PY | 013546 | 38,154.33 | |
| | | | 05/31/1996 | CM | CRM0100138712 | 543.25 | 0.00 |
| INV00140192 | 06/30/1996 | 38,154.33 | 07/31/1996 | PY | 013949 | 38,154.33 | 0.00 |
| INV00141593 | 07/31/1996 | 38,154.33 | 08/31/1996 | PY | 014322 | 38,154.33 | 0.00 |
| INV00143051 | 08/31/1996 | 38,154.33 | 09/30/1996 | PY | 014684 | 38,154.33 | 0.00 |
| INV00144448 | 09/30/1996 | 38,154.33 | 10/19/1994 | PY | 015069 | 38,154.33 | 0.00 |
| INV00145816 | 10/31/1996 | 38,154.33 | 11/30/1996 | PY | 015439 | 38,154.33 | 0.00 |
| INV00147230 | 11/30/1996 | 38,154.33 | 12/31/1996 | PY | 015815 | 38,154.33 | 0.00 |
| INV00148602 | 12/31/1996 | 38,154.33 | 01/31/1997 | PY | 016217 | 38,154.33 | 0.00 |
| INV00149939 | 01/31/1997 | 38,154.33 | 02/28/1997 | PY | 016567 | 38,154.33 | 0.00 |
| INV00151274 | 02/28/1997 | 38,154.33 | 03/31/1997 | PY | 016932 | 38,154.33 | 0.00 |
| INV00152736 | 03/31/1997 | 38,154.33 | 04/30/1997 | PY | 017340 | 38,154.33 | 0.00 |
| INV00154082 | 04/30/1997 | 38,154.33 | 05/30/1997 | PY | 017706 | 38,154.33 | 0.00 |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WATER02** | | | **Facility Name: HLTH CTR OF GREATER WATERBURY** | | | | |
| INV146580 | 04/30/1997 | 477.82 | 06/20/1997 | PY | 017892 | 477.82 | 0.00 |
| INV00155494 | 05/31/1997 | 38,154.33 | 06/30/1997 | PY | 018090 | 38,154.33 | 0.00 |
| INV147283 | 05/31/1997 | 682.07 | 09/22/1997 | PY | 018942 | 682.07 | 0.00 |
| INV00156877 | 06/30/1997 | 38,154.33 | 07/31/1997 | PY | 018443 | 38,154.33 | 0.00 |
| INV147284 | 06/30/1997 | 1,152.57 | 09/22/1997 | PY | 018942 | 1,152.57 | 0.00 |
| INV00158251 | 07/31/1997 | 38,154.33 | 09/08/1997 | PY | 018786 | 38,154.33 | 0.00 |
| INV147285 | 07/31/1997 | 1,152.57 | 09/22/1997 | PY | 018942 | 1,152.57 | 0.00 |
| INV147286 | 07/31/1997 | 1,147.15 | 09/22/1997 | PY | 018942 | 1,147.15 | 0.00 |
| INV0148577 | 08/02/1997 | 3,874.33 | 11/24/1997 | PY | 019639 | 3,874.33 | 0.00 |
| INV0149125 | 08/13/1997 | 240.00 | 12/04/1997 | PY | 019822 | 240.00 | 0.00 |
| INV147312 | 08/30/1997 | 1,152.57 | 09/30/1997 | PY | 019118 | 1,152.57 | 0.00 |
| INV147313 | 08/30/1997 | 1,147.15 | 09/30/1997 | PY | 019118 | 1,147.15 | 0.00 |
| INV00159685 | 08/31/1997 | 38,154.33 | 09/30/1997 | PY | 019118 | 38,154.33 | 0.00 |
| INV00161021 | 09/30/1997 | 40,454.05 | 10/31/1997 | PY | 019447 | 40,454.05 | 0.00 |
| INV0149963 | 10/25/1997 | 2,331.36 | 10/25/1997 | CM | CRM010149963 | 2,331.36 | 0.00 |
| INV0149999 | 10/25/1997 | 2,199.40 | 12/23/1997 | PY | 019980 | 2,199.40 | 0.00 |
| INV00162360 | 10/31/1997 | 40,454.05 | 12/04/1997 | PY | 019822 | 40,454.05 | 0.00 |
| INV0150067 | 11/22/1997 | 2,613.11 | 01/29/1998 | PY | 020295 | 2,613.11 | 0.00 |
| PYT00147230 | 11/24/1997 | 0.05 | 12/31/1996 | PY | 015815 | 0.05 | 0.00 |
| INV00163804 | 11/30/1997 | 40,454.05 | 01/09/1998 | PY | 020173 | 40,454.05 | 0.00 |
| INV0151153 | 12/20/1997 | 2,503.01 | 04/09/1998 | PY | 020915 | 2,361.33 | |
| | | | 12/20/1997 | CM | CRM010151153 | 141.68 | 0.00 |
| INV00165174 | 12/31/1997 | 40,454.05 | 03/16/1998 | PY | 020537 | 40,454.05 | 0.00 |
| INV0151468 | 01/17/1998 | 2,078.84 | 04/27/1998 | PY | 021109 | 2,078.84 | 0.00 |
| INV00166605 | 01/31/1998 | 40,454.05 | 03/24/1998 | PY | 020618 | 40,454.05 | 0.00 |
| INV0150588 | 01/31/1998 | 1,262.06 | 03/16/1998 | PY | 020537 | 1,262.06 | 0.00 |
| INV0152521 | 01/31/1998 | 407.42 | 07/27/1998 | PY | 005953 | 407.42 | 0.00 |
| INV00167957 | 02/28/1998 | 41,716.11 | 05/11/1998 | PY | 021213 | 41,716.11 | 0.00 |
| INV0152090 | 02/28/1998 | 1,303.78 | 05/18/1998 | PY | 021308 | 1,303.78 | 0.00 |
| INV0152520 | 03/28/1998 | 2,151.89 | 07/27/1998 | PY | 005953 | 2,151.89 | 0.00 |
| INV00169333 | 03/31/1998 | 41,716.11 | 05/11/1998 | PY | 021213 | 41,716.11 | 0.00 |
| INV0153342 | 04/25/1998 | 2,473.49 | 07/31/1998 | PY | 006079 | 2,473.49 | 0.00 |
| PYT0151153 | 04/27/1998 | 141.68 | 04/09/1998 | PY | 020915 | 141.68 | 0.00 |
| INV00170690 | 04/30/1998 | 41,716.11 | 05/18/1998 | PY | 021308 | 41,716.11 | 0.00 |
| INV0153758 | 05/23/1998 | 1,600.18 | 08/31/1998 | PY | 006290 | 1,600.18 | 0.00 |
| INV00172178 | 05/31/1998 | 41,716.11 | 08/31/1998 | PY | 006290 | 41,716.11 | 0.00 |
| INV0153759 | 06/20/1998 | 1,600.18 | 08/31/1998 | PY | 006290 | 1,600.18 | 0.00 |
| INV00173508 | 06/30/1998 | 41,716.11 | 11/23/1998 | PY | 007229 | 41,716.03 | |
| | | | 11/23/1998 | WRT | 007229 | 0.08 | 0.00 |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WATER02** | | | **Facility Name: HLTH CTR OF GREATER WATERBURY** | | | | |
| INV0154445 | 07/18/1998 | 1,600.18 | 11/23/1998 | PY | 007229 | 1,600.18 | 0.00 |
| INV00174893 | 07/31/1998 | 41,716.11 | 12/03/1998 | PY | 007285 | 41,716.03 | |
| | | | 12/03/1998 | WRT | 007285 | 0.08 | 0.00 |
| INV0154446 | 07/31/1998 | 1,284.34 | 11/23/1998 | PY | 007229 | 1,284.34 | 0.00 |
| INV0155018 | 08/15/1998 | 1,600.18 | 11/23/1998 | PY | 007229 | 1,600.18 | 0.00 |
| INV00176353 | 08/31/1998 | 41,716.11 | 12/31/1998 | PY | 007541 | 41,716.03 | |
| | | | 12/31/1998 | WRT | 007541 | 0.08 | 0.00 |
| INV0155019 | 08/31/1998 | 1,284.34 | 11/23/1998 | PY | 007229 | 1,284.34 | 0.00 |
| INV00177782 | 09/30/1998 | 41,716.11 | 02/16/1999 | PY | 007908 | 41,716.03 | |
| | | | 02/16/1999 | WRT | 007908 | 0.08 | 0.00 |
| PYT012798 | 09/30/1998 | 2,361.33 | 05/11/1998 | PY | 021213 | 2,361.33 | 0.00 |
| PYT0149999 | 09/30/1998 | 2,199.40 | 01/29/1998 | PY | 020295 | 2,199.40 | 0.00 |
| INV0252902 | 10/24/1998 | 3,200.36 | 03/26/1999 | PY | 008296 | 3,200.36 | 0.00 |
| INV00179270 | 10/31/1998 | 41,716.11 | 03/26/1999 | PY | 008296 | 41,716.04 | |
| | | | 03/26/1999 | WRT | 008296 | 0.07 | 0.00 |
| INV0252903 | 10/31/1998 | 2,568.68 | 03/26/1999 | PY | 008296 | 2,568.68 | 0.00 |
| INV0258753 | 10/31/1998 | 5,469.47 | 07/12/1999 | PY | 009515 | 5,469.47 | 0.00 |
| INV0258752 | 11/21/1998 | 1,600.18 | 07/12/1999 | PY | 009515 | 1,600.18 | 0.00 |
| INV0252762 | 11/30/1998 | 41,716.10 | 04/30/1999 | PY | 008831 | 41,716.10 | 0.00 |
| INV0260739 | 11/30/1998 | 1,232.76 | 07/12/1999 | PY | 009515 | 1,232.76 | 0.00 |
| INV0258750 | 12/19/1998 | 1,600.18 | 09/24/1999 | PY | 009650 | 1,600.18 | 0.00 |
| INV0254599 | 12/31/1998 | 41,716.10 | 09/24/1999 | PY | 009645 | 41,716.02 | |
| | | | 09/24/1999 | WRT | 009645 | 0.08 | 0.00 |
| INV0258749 | 12/31/1998 | 1,284.34 | 09/24/1999 | PY | 009650 | 1,284.34 | 0.00 |
| INV0258751 | 12/31/1998 | 1,284.34 | 09/24/1999 | PY | 009650 | 1,284.34 | 0.00 |
| INV0260740 | 01/16/1999 | 1,600.18 | 09/24/1999 | PY | 009650 | 1,600.18 | 0.00 |
| INV0256466 | 01/31/1999 | 41,716.10 | 06/30/2000 | PY | 0000125999 | 22,000.00 | |
| | | | 06/30/2000 | PY | 0000126219 | 2,659.45 | |
| | | | 06/30/2000 | PY | 009713 | 11,000.00 | |
| | | | 06/30/2000 | PY | 018290 | 1,495.92 | |
| | | | 06/30/2000 | PY | 020295A | 4,560.73 | 0.00 |
| INV0260741 | 01/31/1999 | 1,284.34 | 06/30/2000 | PY | 0000126219 | 1,284.34 | 0.00 |
| INV0260743 | 02/13/1999 | 3,992.40 | 02/28/1999 | CM | CRM0000680 | 3,992.40 | 0.00 |
| INV0260860 | 02/13/1999 | 2,759.64 | 06/30/2000 | PY | 0000126219 | 2,759.64 | 0.00 |
| INV0258859 | 02/28/1999 | 41,716.10 | 06/30/2000 | PY | 0000126219 | 4,296.57 | |
| | | | 06/30/2000 | PY | 0000126456 | 11,000.00 | |
| | | | 06/30/2000 | PY | 0000126675 | 11,000.00 | |
| | | | 06/30/2000 | PY | 0000126828 | 11,000.00 | |
| | | | 12/29/2000 | PY | 008943 | 4,419.53 | 0.00 |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WATER02** | | | **Facility Name: HLTH CTR OF GREATER WATERBURY** | | | | |
| INV0260742 | 02/28/1999 | 1,284.34 | 12/29/2000 | PY | 008943 | 1,284.34 | 0.00 |
| INV0262889 | 03/05/1999 | 1,284.34 | 12/29/2000 | PY | 008943 | 1,284.34 | 0.00 |
| INV0262888 | 03/13/1999 | 3,156.73 | 12/29/2000 | PY | 008943 | 3,156.73 | 0.00 |
| INV0260332 | 03/31/1999 | 41,716.10 | 12/29/2000 | PY | 008943 | 41,716.10 | 0.00 |
| INV0269060 | 04/10/1999 | 2,900.18 | 12/29/2000 | PY | 008943 | 2,900.18 | 0.00 |
| INV0262408 | 04/30/1999 | 41,716.10 | 12/29/2000 | PY | 008943 | 41,716.10 | 0.00 |
| INV0269059 | 04/30/1999 | 1,284.34 | 12/29/2000 | PY | 008943 | 1,284.34 | 0.00 |
| INV0269062 | 05/08/1999 | 2,842.25 | 12/29/2000 | PY | 008943 | 2,842.25 | 0.00 |
| INV0264525 | 05/31/1999 | 41,716.10 | 12/29/2000 | PY | 008943 | 41,716.10 | 0.00 |
| INV0269061 | 05/31/1999 | 1,284.34 | 12/29/2000 | PY | 008943 | 1,284.34 | 0.00 |
| INV0269064 | 06/05/1999 | 3,306.58 | 12/29/2000 | PY | 008943 | 3,306.58 | 0.00 |
| INV0266505 | 06/30/1999 | 41,716.10 | 12/31/1999 | PY | 0000125676 | 11,000.00 | |
| | | | 12/29/2000 | PY | 008943 | 30,716.10 | 0.00 |
| INV0269063 | 06/30/1999 | 1,284.34 | 12/29/2000 | PY | 008943 | 1,284.34 | 0.00 |
| INV0269065 | 06/30/1999 | 9,186.27 | 12/29/2000 | PY | 008943 | 9,186.27 | 0.00 |
| INV0268640 | 07/31/1999 | 41,716.10 | 11/30/1999 | PY | 0000125527 | 41,716.10 | 0.00 |
| INV0271039 | 07/31/1999 | 7,328.92 | 11/30/1999 | PY | 0000125527 | 7,328.92 | 0.00 |
| INV0270758 | 08/31/1999 | 49,045.02 | 10/31/1999 | PY | 0000125443 | 49,045.02 | 0.00 |
| INV0272991 | 09/30/1999 | 49,045.02 | 12/29/2000 | PY | 008943 | 49,045.02 | 0.00 |
| INV0274982 | 10/31/1999 | 49,045.02 | 12/31/1999 | PY | 0000125675 | 49,045.02 | 0.00 |
| INV0277547 | 10/31/1999 | 411.86 | 12/29/2000 | PY | 008943 | 411.86 | 0.00 |
| INV0277046 | 11/30/1999 | 49,045.02 | 02/22/2000 | PY | 0000125998 | 49,045.02 | 0.00 |
| INV0279394 | 11/30/1999 | 411.86 | 12/29/2000 | PY | 008943 | 411.86 | 0.00 |
| INV0279257 | 12/31/1999 | 49,456.88 | 03/29/2000 | PY | 0000126218 | 49,456.88 | 0.00 |
| INV0281392 | 01/31/2000 | 49,456.88 | 02/22/2000 | PY | 0000125999 | 49,456.88 | 0.00 |
| INV0283405 | 02/29/2000 | 49,456.88 | 04/30/2000 | PY | 0000126457 | 49,456.88 | 0.00 |
| INV0285561 | 03/31/2000 | 49,456.88 | 04/30/2000 | PY | 0000126457 | 49,456.88 | 0.00 |
| INV0287715 | 04/30/2000 | 49,456.88 | 05/31/2000 | WIRE | 000605020428-1 | 49,456.88 | 0.00 |
| INV0290142 | 04/30/2000 | 3,054.58 | 06/30/2000 | PY | 0000126826 | 3,054.58 | 0.00 |
| INV0289996 | 05/31/2000 | 52,511.46 | 06/30/2000 | PY | 0000126826 | 49,456.88 | |
| | | | 12/29/2000 | PY | 008943 | 3,054.58 | 0.00 |
| INV0292077 | 06/30/2000 | 52,511.46 | 12/29/2000 | PY | 008943 | 8,979.04 | |
| | | | 12/31/2000 | CM | CRM0005859 | 43,532.42 | 0.00 |
| INV0294408 | 07/31/2000 | 52,511.46 | 09/15/2000 | PY | 0000001622 | 52,511.46 | 0.00 |
| INV0296866 | 07/31/2000 | 1,906.84 | 08/31/2000 | PY | 0000001623 | 1,906.84 | 0.00 |
| INV0296598 | 08/31/2000 | 54,418.30 | 09/15/2000 | PY | 0000001921 | 54,418.30 | 0.00 |
| INV0300631 | 09/30/2000 | 54,418.30 | 10/20/2000 | PY | 0000004925 | 54,418.30 | 0.00 |
| INV0303050 | 10/31/2000 | 54,418.30 | 12/20/2000 | PY | 007904 | 54,418.30 | 0.00 |
| INV0305864 | 10/31/2000 | 1,463.06 | 12/18/2000 | PY | 006440 | 1,463.06 | 0.00 |

Healthcare Services Group, Inc.

Payment History Report

**Facility ID : WATER02** **Facility Name: HLTH CTR OF GREATER WATERBURY**

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| INV0305304 | 11/30/2000 | 54,418.30 | 01/18/2001 | PY | 009973 | 54,418.30 | 0.00 |
| INV0305992 | 11/30/2000 | 1,463.06 | 01/29/2001 | PY | 013164 | 1,463.06 | 0.00 |
| INV0307663 | 12/31/2000 | 55,881.36 | 01/25/2001 | PY | 012126 | 55,881.36 | 0.00 |
| INV0314875 | 01/01/2001 | 1,438.03 | 04/06/2001 | PY | 022576 | 1,438.03 | |
| | | | 04/20/2001 | NSF | 022576 | (1,438.03) | |
| | | | 04/20/2001 | PY | 025541 | 1,438.03 | 0.00 |
| INV0309978 | 01/31/2001 | 55,881.36 | 03/12/2001 | PY | 018239 | 55,881.36 | 0.00 |
| INV0314876 | 02/01/2001 | 1,438.03 | 04/06/2001 | PY | 022576 | 1,438.03 | |
| | | | 04/20/2001 | NSF | 022576 | (1,438.03) | |
| | | | 04/20/2001 | PY | 025541 | 1,438.03 | 0.00 |
| INV0312168 | 02/28/2001 | 55,881.36 | 04/06/2001 | PY | 022576 | 55,881.36 | |
| | | | 04/20/2001 | NSF | 022576 | (55,881.36) | |
| | | | 04/20/2001 | PY | 025541 | 55,881.36 | 0.00 |
| INV0314698 | 03/01/2001 | 55,881.36 | 04/06/2001 | PY | 022576 | 55,881.36 | |
| | | | 04/20/2001 | NSF | 022576 | (55,881.36) | |
| | | | 04/20/2001 | PY | 025541 | 55,881.36 | 0.00 |
| INV0315272 | 03/01/2001 | 1,438.03 | 04/06/2001 | PY | 022576 | 1,438.03 | |
| | | | 04/20/2001 | NSF | 022576 | (1,438.03) | |
| | | | 04/20/2001 | PY | 025541 | 1,438.03 | 0.00 |
| INV0316904 | 04/01/2001 | 57,319.39 | 05/04/2001 | PY | 026985 | 57,319.39 | 0.00 |
| INV0319168 | 05/01/2001 | 57,319.39 | 05/31/2001 | PY | 030926 | 57,319.39 | 0.00 |
| INV0321594 | 06/01/2001 | 57,319.39 | 06/30/2001 | PY | 035368 | 57,319.39 | 0.00 |
| INV0326200 | 06/01/2001 | 5,283.65 | 08/27/2001 | PY | 040937 | 5,283.65 | 0.00 |
| INV0323849 | 07/01/2001 | 57,319.39 | 08/10/2001 | PY | 038707 | 57,319.39 | 0.00 |
| INV0326201 | 07/01/2001 | 5,283.65 | 08/27/2001 | PY | 040937 | 5,283.65 | 0.00 |
| INV0326032 | 08/01/2001 | 57,319.39 | 09/12/2001 | PY | 012933 | 57,319.39 | 0.00 |
| INV0326827 | 08/01/2001 | 5,283.65 | 09/12/2001 | PY | 012933 | 5,283.65 | 0.00 |
| INV0328808 | 09/01/2001 | 62,603.04 | 10/09/2001 | PY | 046412 | 62,603.04 | 0.00 |
| INV0331148 | 10/01/2001 | 62,603.04 | 10/31/2001 | PY | 049993 | 62,603.04 | 0.00 |
| INV0333963 | 10/29/2001 | 2,016.59 | 12/19/2001 | PY | 056744 | 2,016.59 | 0.00 |
| INV0333534 | 11/01/2001 | 62,603.04 | 12/06/2001 | PY | 054343 | 62,603.04 | 0.00 |
| INV0335114 | 12/01/2001 | 62,603.04 | 12/31/2001 | PY | 058035 | 62,603.04 | 0.00 |
| INV0338551 | 01/01/2002 | 62,603.04 | 01/31/2002 | PY | 061651 | 62,603.04 | 0.00 |
| INV0364081 | 01/01/2002 | 10,722.70 | 11/15/2002 | PY | 103180 | 10,722.70 | 0.00 |
| INV0340923 | 02/01/2002 | 62,603.04 | 03/11/2002 | PY | 066361 | 62,603.04 | 0.00 |
| INV0342926 | 03/01/2002 | 62,603.04 | 03/31/2002 | PY | 069976 | 62,603.04 | 0.00 |
| INV0346271 | 04/01/2002 | 62,603.04 | 04/30/2002 | PY | 073690 | 62,603.04 | 0.00 |
| INV0347819 | 05/01/2002 | 62,603.04 | 06/13/2002 | PY | 079675 | 62,603.04 | 0.00 |
| INV0351168 | 06/01/2002 | 62,603.04 | 07/11/2002 | PY | 083744 | 62,603.04 | 0.00 |

Healthcare Services Group, Inc.

Payment History Report

**Facility ID : WATER02** **Facility Name: HLTH CTR OF GREATER WATERBURY**

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| INV0352447 | 07/01/2002 | 62,603.04 | 08/07/2002 | PY | 088183 | 62,603.04 | 0.00 |
| INV0354912 | 08/01/2002 | 62,603.04 | 09/11/2002 | PY | 093011 | 62,603.04 | 0.00 |
| INV0358784 | 09/01/2002 | 62,603.04 | 10/07/2002 | PY | 097400 | 62,603.04 | 0.00 |
| INV0359927 | 10/01/2002 | 62,603.04 | 11/07/2002 | PY | 101890 | 62,603.04 | 0.00 |
| INV0364087 | 10/01/2002 | 4,404.60 | 11/07/2002 | PY | 101890 | 4,404.60 | 0.00 |
| INV0362630 | 11/01/2002 | 62,603.04 | 12/18/2002 | PY | 110045 | 62,603.04 | 0.00 |
| INV0364546 | 11/01/2002 | 4,404.60 | 12/18/2002 | PY | 110045 | 4,404.60 | 0.00 |
| INV0364911 | 12/01/2002 | 67,007.64 | 01/09/2003 | PY | 112923 | 67,007.64 | 0.00 |
| INV0369731 | 01/01/2003 | 67,007.64 | 02/12/2003 | PY | 119668 | 67,007.64 | 0.00 |
| INV0371769 | 02/01/2003 | 67,007.64 | 03/12/2003 | PY | 125096 | 67,007.64 | 0.00 |
| INV0374483 | 03/01/2003 | 67,007.64 | 04/10/2003 | PY | 130809 | 67,007.64 | 0.00 |
| INV0377615 | 03/16/2003 | 699.02 | 04/21/2003 | PY | 133837 | 699.02 | 0.00 |
| INV0377034 | 04/01/2003 | 67,007.64 | 05/05/2003 | PY | 136662 | 67,007.64 | 0.00 |
| INV0377732 | 04/01/2003 | 1,328.86 | 05/05/2003 | PY | 136661 | 1,328.86 | 0.00 |
| INV0378241 | 05/01/2003 | 68,336.50 | 06/13/2003 | PY | 141428 | 68,336.50 | 0.00 |
| INV0380879 | 06/01/2003 | 68,336.50 | 07/07/2003 | PY | 006888 | 68,336.50 | 0.00 |
| INV0384831 | 07/01/2003 | 71,834.12 | 07/14/2003 | CM | CRM0012667 | 71,834.12 | 0.00 |
| INV0385308 | 07/01/2003 | 4,068.18 | 07/14/2003 | CM | CRM0012668 | 4,068.18 | 0.00 |
| INV0385534 | 07/01/2003 | 71,606.12 | 08/07/2003 | PY | 012840 | 71,606.12 | 0.00 |
| INV0387421 | 08/01/2003 | 71,606.12 | 09/11/2003 | PY | 019600 | 71,606.12 | 0.00 |
| INV0390081 | 09/01/2003 | 71,606.12 | 10/09/2003 | PY | 024982 | 71,606.12 | 0.00 |
| INV0391362 | 10/01/2003 | 71,606.12 | 11/17/2003 | PY | 032008 | 71,606.12 | 0.00 |
| INV0394721 | 11/01/2003 | 71,606.12 | 11/11/2003 | CM | CRM0013764 | 58,939.75 | |
| | | | 02/05/2004 | CM | CRM0013765 | 12,666.37 | 0.00 |
| INV0396671 | 12/01/2003 | 12,666.36 | 01/07/2003 | PY | 043081 | 12,666.36 | |
| | | | 01/07/2003 | VOID | 043081 | (12,666.36) | |
| | | | 01/07/2004 | REAPPLIED | 043081-R | 12,666.36 | 0.00 |
| INV0400573 | 01/01/2004 | 12,666.36 | 02/11/2004 | PY | 019909 | 12,666.36 | 0.00 |
| INV0402213 | 02/01/2004 | 13,083.02 | 03/11/2004 | PY | 055333 | 13,083.02 | 0.00 |
| INV0407014 | 03/01/2004 | 12,666.36 | 04/08/2004 | PY | 061001 | 12,666.36 | 0.00 |
| INV0409794 | 04/01/2004 | 12,666.36 | 05/12/2004 | PY | 067680 | 12,666.36 | 0.00 |
| INV0412957 | 05/01/2004 | 12,666.36 | 06/07/2004 | PY | 072254 | 12,666.36 | 0.00 |
| INV0414965 | 06/01/2004 | 12,666.36 | 07/06/2004 | PY | 078973 | 12,666.36 | 0.00 |
| INV0418747 | 07/01/2004 | 12,666.36 | 08/04/2004 | PY | 084753 | 12,666.36 | 0.00 |
| INV0421634 | 08/01/2004 | 12,666.36 | 09/07/2004 | PY | 091590 | 12,666.36 | 0.00 |
| INV0424775 | 09/01/2004 | 12,666.36 | 10/07/2004 | PY | 097062 | 12,666.36 | 0.00 |
| INV0427123 | 10/01/2004 | 12,666.36 | 11/03/2004 | PY | 102801 | 12,666.36 | 0.00 |
| INV0430912 | 11/01/2004 | 12,666.36 | 12/09/2004 | PY | 109765 | 12,666.36 | 0.00 |
| INV0433811 | 12/01/2004 | 12,666.36 | 01/06/2005 | PY | 115269 | 12,666.36 | 0.00 |

6/17/2010
2:32:52PM



Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| **Facility ID : WATER02** | | | **Facility Name: HLTH CTR OF GREATER WATERBURY** | | | | |
| INV0436052 | 01/01/2005 | 12,666.36 | 02/07/2005 | PY | 123772 | 12,666.36 | 0.00 |
| INV0439073 | 02/01/2005 | 12,666.36 | 03/03/2005 | PY | 132109 | 12,666.36 | 0.00 |
| INV0443172 | 03/01/2005 | 12,666.36 | 03/30/2005 | PY | 141683 | 12,666.36 | 0.00 |
| INV0446185 | 04/01/2005 | 12,666.36 | 05/02/2005 | PY | 151994 | 12,666.36 | 0.00 |
| INV0449139 | 05/01/2005 | 12,666.36 | 06/02/2005 | PY | 159107 | 12,666.36 | 0.00 |
| INV0452245 | 06/01/2005 | 12,666.36 | 07/11/2005 | PY | 166432 | 12,666.36 | 0.00 |
| INV0455362 | 07/01/2005 | 12,666.36 | 08/04/2005 | PY | 172078 | 12,666.36 | 0.00 |
| INV0458223 | 08/01/2005 | 12,666.36 | 08/31/2005 | PY | 177709 | 12,666.36 | 0.00 |
| INV0461514 | 09/01/2005 | 12,666.36 | 10/04/2005 | PY | 184606 | 12,666.36 | 0.00 |
| INV0464367 | 10/01/2005 | 12,666.36 | 10/31/2005 | PY | 190316 | 12,666.36 | 0.00 |
| INV0467265 | 11/01/2005 | 12,666.36 | 12/05/2005 | PY | 195978 | 12,666.36 | 0.00 |
| INV0469278 | 12/01/2005 | 12,666.36 | 01/03/2006 | PY | 203690 | 12,666.36 | 0.00 |
| INV0472206 | 01/01/2006 | 12,666.36 | 02/17/2006 | PY | 214472 | 12,666.36 | 0.00 |
| INV0475966 | 02/01/2006 | 12,666.36 | 03/06/2006 | PY | 218130 | 12,666.36 | 0.00 |
| INV0478648 | 03/01/2006 | 12,666.36 | 04/07/2006 | PY | 226048 | 12,666.36 | 0.00 |
| INV0482502 | 04/01/2006 | 12,666.36 | 05/03/2006 | PY | 232492 | 12,666.36 | 0.00 |
| INV0485472 | 05/01/2006 | 12,666.36 | 06/05/2006 | PY | 240278 | 12,666.36 | 0.00 |
| INV0487796 | 06/01/2006 | 12,666.36 | 07/17/2006 | PY | 248559 | 12,666.36 | 0.00 |
| INV0491628 | 07/01/2006 | 12,666.36 | 07/31/2006 | PY | 256829 | 12,666.36 | 0.00 |
| INV0493612 | 08/01/2006 | 12,666.36 | 08/28/2006 | PY | 264223 | 12,666.36 | 0.00 |
| INV0496514 | 09/01/2006 | 12,666.36 | 10/10/2006 | PY | 273877 | 12,666.36 | 0.00 |
| INV0500647 | 10/01/2006 | 12,666.36 | 10/30/2006 | PY | 282564 | 12,666.36 | 0.00 |
| INV0502694 | 11/01/2006 | 12,666.36 | 01/29/2007 | PY | 001026 | 12,666.36 | |
| | | | 02/22/2007 | VOID | 001026 | (12,666.36) | |
| | | | 02/22/2007 | CM | CRM0023094 | 12,666.36 | 0.00 |
| INV0506809 | 12/01/2006 | 12,666.36 | 02/13/2007 | CM | CRM0023095 | 12,666.36 | 0.00 |
| INV0510177 | 01/01/2007 | 12,666.36 | 02/13/2007 | CM | CRM0023096 | 12,666.36 | 0.00 |
| INV0513335 | 02/01/2007 | 12,666.36 | 02/13/2007 | CM | CRM0023097 | 12,666.36 | 0.00 |
| INV0516554 | 03/01/2007 | 12,666.36 | 03/07/2007 | CM | CRM0023201 | 12,666.36 | 0.00 |
| **Amount Totals For Customer WATER02** | | | | | | Net Due: | **0.00** |

Healthcare Services Group, Inc.

Payment History Report

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Type | Check Number | Payment Amount | BalanceDue |
|---|---|---|---|---|---|---|---|
| Grand Total | | | | | | Net Due: | 0.00 |