# EXHIBIT 4

# Direct Merchant

We are happy to provide you with a copy of the items you requested.

---

**MARATHON HEALTHCARE CENTER OF WATERBURY**
OPERATING ACCOUNT
99 EAST RIVER DRIVE
EAST HARTFORD, CT 06108

WEBSTER BANK
WATERBURY, CT 06702
51-7010/2111

DATE 3/14/2008

CHECK NO. 1787

001787

PAY EXACTLY DOLLARS AND CENTS

CHECK AMOUNT
$*****12,666.36

Twelve Thousand Six Hundred Sixty-Six and 36/100-------------------------- Dollars

PAY TO THE ORDER OF:
HEALTHCARE SERVICE GROUP
3220 TILLMAN DRIVE SUITE 300
BENSALEM, PA 19020

AUTHORIZED SIGNATURE

Security Features Included. Details on Back.

⑈001787⑈ ⑆211170101⑆10 001006001 2⑈

Ck# 1787, Acct# 100010060012, Amt. $12,666.36

---

**METROPOLIS HEALTHCARE CENTER**
OPERATING ACCOUNT
7611 State Line RD., #301
Kansas City, MO 64114
PHONE (816) 444-0900

Central Bank Of Kansas City
2301 Independence Blvd. Kansas City, MO 64124
18-128
1010

THIS CHECK IS VOID IF NOT CASHED WITHIN SIX MONTHS OF ISSUANCE

METROPOLIS HEALTH CC,LLC

DATE 03-12-08

CHECK NO. 0006651

AMOUNT
$****11,563.48*

****ELEVEN THOUSAND FIVE HUNDRED SIXTY THREE
DOLLARS & 48 CENTS

PAY TO THE ORDER OF
HEALTHCARE SERV GRP INC
3220 TILLMAN DR #300
BENSALEM PA 19020

AUTHORIZED SIGNATURE(S)

⑈006651⑈ ⑆101001283⑆ ⑈077550⑈

Ck# 6651, Acct# 77550, Amt. $11,563.48

---

14232

**MORRISTOWN MANOR**
686 S. WASHINGTON ST.
MORRISTOWN, IN 46161

SHELBY COUNTY BANK
MORRISTOWN, IN 46161
71-7084-2749

| CHECK NO. | DATE | AMOUNT |
| --- | --- | --- |
| 14232 | Mar 13, 2008 | ***$16,934.03 |

PAY TO THE ORDER OF:
Sixteen Thousand Nine Hundred Thirty-Four and 03/100 Dollars

HEALTHCARE SERVICES GROUP
3220 TILLMAN DRIVE STE 300
BENSALEM, PA 19020

⑈014232⑈ ⑆274970843⑆ 460310012⑈

Ck# 14232, Acct# 460310012, Amt. $16,934.03

**MARATHON HEALTHCARE CENTER**
**OF WATERBURY**
OPERATING ACCOUNT
99 EAST RIVER DRIVE
EAST HARTFORD, CT 06108

WebsterBank
51-7010-2111

DATE 9/28/2007

CHECK NO. 001400

PAY EXACTLY DOLLARS AND CENTS

CHECK AMOUNT $*****18,332.72

Eighteen Thousand Three Hundred Thirty-Two and 72/100 Dollars

PAY TO THE ORDER OF:
HEALTHCARE SERVICE GROUP
3220 TILLMAN DRIVE SUITE 300
BENSALEM, PA 19020

AUTHORIZED SIGNATURE

Details on back.

⑈001400⑈ ⑆211170101⑆10 0010060012⑈

Ck# 1400, Acct# 100010060012, Amt. $18,332.72